

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2021

No. 04-21-00210-CV

Randy **RUSTON** and Amanda Ruston,
Appellants

v.

**JUMP ENTERPRISES, LLC**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 4696
Honorable Bob Brendel, Judge Presiding

### ORDER

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. We order that no costs be assessed against appellants Randy Ruston and Amanda Ruston.

It is so **ORDERED** on August 11, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2021.

_____
Michael A. Cruz, Clerk of Court